**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 17-1558**

———————

JEFFREY ALLEN,

                Plaintiff - Appellant,

     v.

ACE HARDWARE CORPORATION; JAMES LAWSON, Manager; KELLY
FELTNER, Dispatcher; ROBERT PEAK, Human Resources,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Catherine C. Eagles, District Judge.  (1:16-cv-01206-CCE-JLW)

———————

Submitted:  December 19, 2017               Decided:  December 21, 2017

———————

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffrey Allen, Appellant Pro Se.  Jason V. Federmack, JACKSON LEWIS PC, Raleigh,
North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Allen appeals the district court's order denying relief on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Ace Hardware Corp.*, No. 1:16-cv-01206-CCE-JLW (M.D.N.C. Apr. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*